# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>          v.<br><br>MARY E. MARTINEZ,<br><br>                  Defendant. | Case No. 2:15-cr-00088-RFB<br><br>**ORDER AUTHORIZING RELEASE OF MARY E. MARTINEZ TO L.V.R.R.C. PENDING IMPOSITION OF SENTENCE** |

On May 14, 2015, Defendant Mary E. Martinez appeared before the Court for the imposition of sentence of revocation. Based upon the Court's review of the record and for the reasons stated at the hearing,

**IT IS ORDERED** that upon the availability of bed space at the Las Vegas Residential Re-entry Center (L.V.R.R.C.) or WestCare Nevada, whichever comes first, Ms. Martinez shall be released from detention on her pending supervised release violations and continued on supervised release pending her sentencing. All previously imposed conditions of supervised release shall be maintained upon her release, with the added special condition that she reside at the L.V.R.R.C. or WestCare Nevada, on lockdown status, pending the birth of her child.

**IT IS FURTHER ORDERED** that Ms. Martinez shall return to the Court for the imposition of sentence of revocation on Monday, June 29, 2015 at 10:30 AM in LV Courtroom 7C. If necessary, the

Court will advance the date for the imposition of sentence of revocation in this matter upon the birth of Ms. Martinez's child.

**DATED** this 15th day of May, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**